UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. STANISIC,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

Case No. 17-cv-07176-WHO

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Susan Illston for consideration of whether the case is related to *Stanisic v. Colvin*, Case No. 14-cv-03744-SI.

**IT IS SO ORDERED.**

Dated: December 21, 2017

_____
WILLIAM H. ORRICK
United States District Judge