UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. STANISIC,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-07176-SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 18 |

This is a Social Security appeal in which plaintiff Joseph Stanisic is representing himself pro se. On July 20, 2018, defendant filed a motion to dismiss. Dkt. No. 16. Plaintiff's opposition to the motion was due July 24, 2018, but he did not file anything by that date. On August 2, 2018, plaintiff filed a declaration, styled as a declaration of non-opposition, asking that the Court grant him a ninety-day extension of time to respond to the motion to dismiss. He states that he is undergoing a medical procedure in several weeks and that he needs more time so that he can "make an effort to see if [he] can file a good-faith opposition to the motion." Dkt. No. 18 at 2. He states that within ninety days, he will either file an opposition to the motion if he can do so in good faith, or else he "will file a formal notice with the Court stating that [he is] confirming that [he] do[es] not oppose the motion." *Id.* at 3.

Finding good cause exists, the Court **GRANTS** plaintiff's request for an extension of time.

///

///

**Plaintiff shall file an opposition to the motion to dismiss or a notice of non-opposition no later than October 31, 2018. Defendant's reply, if any, shall be due November 14, 2018.**

**IT IS SO ORDERED**.

Dated: August 6, 2018

_____
SUSAN ILLSTON
United States District Judge