UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. STANISIC,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-07176-SI<br><br>**JUDGMENT** |

The Court has GRANTED defendant's motion to dismiss plaintiff's complaint. Judgment in favor of defendant and against plaintiff is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 5, 2018

_____
SUSAN ILLSTON
United States District Judge